## FAILURE TO ESTABLISH A BOARD OF HEALTH.

Circuit Court of Licking County.

THE STATE OF OHIO, EX REL JOHN M. ANKELE, V. ELMER
ORR ET AL.

Decided, March Term, 1911.

*Municipal Corporations—Mandamus to Compel Establishment of a
Board of Health—Pleading—Section 4404, P. & A. Anno. General
Code.*

Grounds for the granting of a writ of mandamus to compel a municipal
council to establish a board of health are not stated in the petition
filed in this case and demurrer lies thereto.

PER CURIAM (VOORHEES, SHIELDS and POWELL, JJ.)

In this case the relator recites that he is an elector, citizen and
tax-payer, and the mayor of the city of Newark; also, the owner
of real estate in said city; that the defendants constitute the
city council of said city of Newark; that the said city is a mu-
nicipality in the state of Ohio, of more than five thousand in-
habitants, and of the grade of a city.

The plaintiff recites there is no board of health existing in or
for said city; that it is the duty of said defendants, enjoined
upon them by Section 4404 of the General Code of the state of
Ohio, to establish a board of health, but that they neglect, decline
and refuse to establish the same; that by the ordinary course of
law, there is no adequate remedy against the defendants for so
neglecting and refusing to establish such board.

After making the allegation that he had requested the city
solicitor to bring this action, which he refused to do, the plaint-
iff says that relator brings the action on behalf of the said city
of Newark. He prays for an order requiring the defendants
to establish such board; that an alternative writ of mandamus
may be issued, requiring them to show cause, by a day to be
named, why they do not establish such board, and that, on

final hearing, a peremptory writ may be issued requiring such establishment to be made.

Upon this petition, an alternative writ was allowed.

The defendants, instead of making answer, and showing cause why such action had not been taken, filed a demurrer to this petition. The demurrer was overruled by the court of common pleas, and judgment was rendered in favor of the plaintiff to recover costs from the said defendants. Whereupon, the defendants took an appeal to the circuit court.

As the case now stands in this court, the matter that is before us for determination is whether or not this demurrer to the petition is well taken.

We are of the opinion that it is well taken; that the petition does not state a good cause of action, and that the demurrer to the same should be sustained. Exceptions may be noted.